UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No.  18-81-REW-MAS-1          At  Lexington          Date  December 17, 2019

USA vs Austin Edward Nedved      x  present   x  custody   ___ bond   ___ OR   Age ___

PRESENT:   HON. MATTHEW A. STINNETT, U.S. MAGISTRATE JUDGE

| Susan Conner | Audio File | Kathryn Anderson and Timothy Flowers |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant   Derek Gordon    x  present    x  retained    ___ appointed

I, Susan Conner, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-LEX__5-18-cr-81-S-REW-MAS-17_20191217_141005.

PROCEEDINGS:   **STATUS CONFERENCE and BOND REVOCATION HEARING**

The parties appeared for status conference. The United States moves for revocation on Defendant's bond based on alleged violations. The Court advised Defendant of his constitutional rights, including his right to counsel. The Court also advised Defendant of the nature of the alleged bond violations, including the conditions of release allegedly violated. The Court further advised Defendant of his right to a hearing under 18 USC §3148(b).

The Court heard testimony of two witnesses and arguments of counsel.

1. Based on the testimony and statements of counsel, the Court **FINDS**, that the United States has not established by clear and convincing evidence that Defendant violated the condition in paragraph 7(s) of the Order Setting Conditions of Release. The Court further **FINDS** probable cause exists to believe that Defendant violated 18 U.S.C. § 1960 and § 1956.

2. The Court **FINDS** that there are conditions or combination of conditions of release that will assure that the Defendant will not pose a danger to the safety of any other person of the community, pursuant to 18 USC § 3148(b)(2)(A); however, the Court **FINDS** that Defendant is unlikely to abide by any condition or combination of conditions of release. Thus, the Court **REVOKES** Defendant's bond pursuant to 18 USC § 3148(b)(2)(B).

3. The Motion of the United States to revoke Defendant's bond is **GRANTED**.

4. Defendant is remanded to the custody of the U.S. Marshal Service pending further proceedings.

5. The Court will enter a separate order supplementing these minutes with additional details of the Court's findings from the hearing.



Signed By:
Matthew A. Stinnett
United States Magistrate Judge

Copies:  COR, USP, USM          Initials of Deputy Clerk: stc          TIC: 2/49