PAULA C. NEDVED
18 Shore Lane
Clinton, MA 01510
Cell: 978.400.1955
e-mail: jpnedved@comcast.net

July 21, 2020

The Honorable Robert E. Wier
United States District Judge
US District Court
101 Barr Street
Lexington, KY 40507

RE: Austin Nedved (dob 3/19/91, age 29)

Dear Judge Wier:

I am Austin's mother (born 1955). As for my background, kindly see Ex. A.

Austin has said many times, I believe sincerely, that he takes full responsibility for his actions. It is obvious that such "owning" of one's deeds is the *sine qua non* for turning one's life around. But the suspicion arises: Words are cheap. What is the inner state? Not for accusation, but for consideration:

1) from Milton's Paradise Lost, *l.* 853: "In her face excuse came prologue, and apology too prompt."

2) from Prometheus Bound by Aeschylus: *Oceanos*: "Do you not know, Prometheus, that words are healers of the sick temper?" *Prometheus*: "Yes, if in season due one soothes the heart with them, not tries violently to reduce the swelling anger."

One must experience interior suffering to change. In Austin's defense, during his months at home on pre-trial release, off drugs, I have seen him suffer, intensely imagining the hurt his actions caused others. I have asked him more than once HOW he could have done such things – stealing/scamming – "after the 'all-focus-on-you-and-your-sister' upbringing you received from babyhood. The Bible, Socrates, Leo Strauss. Your homeschooling companions, Trivium School, the University of Dallas, the Marines!"

Austin said he chose it, and the drugs made him not care. He could use his mind in scheming to make money. His answer paralleled this quote:

I did it for me.
I liked it.
I was good at it.
And I was really...I was alive.
  – Walter White, aka Heisenberg, *Breaking Bad*

He said recently, "Mom, I can't do bitcoin." He meant ever.

The Honorable Robert E. Wier                Page 2                          July 21, 2020

Drugs and alcohol are in the world and will remain in the world.  We are very grateful to the Court for sending Austin to WestCare in KY for drug treatment, the first extended treatment he has received.

He told me he learned something there about the cycle of his anxiety (looking at himself objectively from the outside): When he was young, around 10, his emerging (social, I would say) anxiety fixated on "fear of rabies." He would think about it and then research. He'd then voice his anxiety in questions such as "If I *touch* a dog who has rabies, can I get it?"  He'd be reassured and his anxiety would be assuaged. But in that "assuaging," his *thinking* stopped, which bothered him, since thinking is what he "does." So he would flee "being assuaged" back into thinking *more* about rabies.  Then once again he'd put forth new (fearful) ideas, then be reassured…Cycle would start again.

His insight from WestCare was that this cycle fueled his criminal behavior (scheming) and drug use (assuaging).

We thank WestCare and the Court for paving the way for these insights to be made manifest to him.

My hope, prayer and wish is that an equitable decision is arrived at in the sentencing of Austin on August 4, 2020.  Having spent 30 years of my life invested in this young man, and wishing to think things out, I contribute a picture of the souls and ambitions of young men and therefore a picture of their prospects (and in particular, Austin's prospect) for change:

> "No man, for any considerable period, can wear one face to himself and
> another to the multitude, without finally getting bewildered as to which
> may be the true."
>  – Nathaniel Hawthorne, *The Scarlet Letter*

In a similar vein Glaucon asks, in Plato's "Republic"

> "But *when* do the biggest sophists turn out young and old, men and
> women, *just* the way they want them to be?"

Socrates answers,

> "When many gathered together sit down in assemblies, courts, theaters, army camps,
> or any other common meeting of a multitude, and with a great deal of uproar, blame
> some of the things said or done, and praise others, both in excess, shouting and
> clapping; and, besides, the rocks and the very place surrounding them echo and
> redouble the uproar of blame and praise.  **Now in such circumstances, as the saying
> goes, what do you suppose is the state of the young man's heart?  Or what kind of
> private education will hold out for him and not be swept away by such blame and
> praise and go, borne by the flood, wherever it tends, so that he'll say the same things
> are noble and base as they do, practice what they practice, and be such as they are?"**
>  – Plato's Republic, tr. Allan Bloom, 492A

Austin has already been "swept away, borne by the flood…" which is what he is being sentenced for.

What kind of education has he had and what kind of education is he pursuing to counter the bad "flood" he dove into?  What was the state of America when he dove into this flood? What will the condition of America be when he gets out?

If he's looking for support for good choices in the America of today or tomorrow, indications over the past 60 years (that America is set up to support good choices) have been trending down. He's looked at past thinkers and I think will need to continue to look at such thinkers, because America is not in the best shape.  From Leo Strauss ("An Epilogue"), 1962:

> While the new political science [which teaches the young to take opinion polls instead of teaching the ancients – PN] becomes ever less able to see democracy or to hold a mirror to democracy, it ever more reflects the most dangerous proclivities of democracy. It even strengthens those proclivities. By teaching in effect the equality of literally all desires, it teaches in effect that there is nothing of which a man ought to be ashamed; by destroying the possibility of self-contempt, it destroys with the best of intentions the possibility of self-respect. By teaching the equality of all values, by denying that there are things which are intrinsically high and others which are intrinsically low, as well as by denying that there is an essential difference between men and brutes, it unwittingly contributes to the victory of the gutter.

> *   *   *

> Only a great fool would call the new political science diabolic: it has no attributes peculiar to fallen angels. It is not even Machiavellian, for Machiavelli's teaching was graceful, subtle, and colorful. Nor is it Neronian. Nevertheless one may say of it that it fiddles while Rome burns. It is excused by two facts: it does not know that it fiddles, and it does not know that Rome burns.

> "An Epilogue," Leo Strauss's contribution to "Essays on the Scientific Study of Politics," ed. Herbert J. Storing, Holt Rinehart and Winston, 1962.  Reprinted in "Liberalism Ancient and Modern."

As far as "Rome burning," in many cities one has just to look outside one's windows.  You may find interesting (EX. A) Prof. Lowenthal's book "No Liberty for License" – in particular, his section on "Revolutionary Groups" which contains his criticism of Oliver Wendell Holmes' "clear and present danger" standard (where things must be at "their uttermost brink" before officers can intervene). This dangerous and inappropriate standard "turns police into fortune tellers."

It really is to be wondered what sort of country Austin will return to once he has served his time. How does this apply to his agency and free will?  It can't be an excuse for one's choices, but on the contrary, if one sees such a state clearly, one can be fortified.

*          *          *

Austin in the future:

Piano is one thing I imagine Austin applying himself to in the future, once he is released from prison.  While in the Marines, Austin thanked me for having "made him take piano."
From EX. B:

> (3/9/00):  A. asked, "What is music all *about?*"  We were at the piano and he was learning Tschaikovsy's 'Seasons' ('April').  I said, "It's about emotions, how we feel about things..."  A. said in wonderment, "I never knew *that.*"  Then he said, as he played, "Tschaikovsky had his ups and downs."

A further hope I have for our son is that he regain a serviceable faith.  One has to believe in Truth in some form (philosophical, religious, metaphysical) or how can anything good "stick" or be transformative?  (I realize as a parent, one has to pray, not speak to one's child about this.) Here we have pictures of him from a little boy, to when he went to Trivium (at which point he was reading William Lane Craig and conducting apologetics online) to where he finally joined

The Honorable Robert E. Wier                    Page 4                         July 21, 2020

the Marines after dropping out of college, finding this a way of moving forward (considering the Marines his last chance to find a mode of establishing himself in the world).



His leaving the Marines abruptly in 2015, returning home to MA and applying his mind full-time to bitcoin was destructive and catastrophic. He said he lost his religious faith in the Marines (he did, however, recently ask that we send him Augustine's *Confessions,* with which he has prior familiarity, per his amusing yet serious EX. F).

<u>Alcohol & drugs</u>

Austin had two near-overdose incidents in MA in 2017. The last on 9/14/17 saw him get 'Section 35'ed by us (no bail, license revocation, 3-week lockup which meant a perfunctory "detox"). A drug slip-up occurred in Feb. of 2018, but with psychological treatment he had his driver's license restored in the summer of 2018. However, I heard from him, with fear, while he was out on probation, "Mom, alcohol is allowed." He found he didn't handle alcohol well during this anxious time of his life. While on probation, he had his doctor put him on antibuse.

"Bill W." famously, through Carl Jung, founded Alcoholics Anonymous. Here are some applicable quotes (full exchange in EX. I) which give insights I would say are applicable to Austin, as well as to any man:

> Clear once more of alcohol, I found myself terribly depressed. This seemed to be caused by my inability to gain the slightest faith. Edwin T. again visited me and repeated the simple Oxford Group formulas. Soon after he left me, I became even more depressed. **In utter despair, I cried out, "If there be a God, will he show Himself." There immediately came to me an illumination of enormous impact and dimension,** something which I have since tried to describe in the book <u>Alcoholics Anonymous</u> and also in <u>AA Comes of Age</u>, basic texts which I am sending you.

> My release from the alcohol obsession was immediate. At once, I knew I was a free man.

> Shortly following my experience, my friend Edwin came to the hospital, bringing me a copy of William James's <u>Varieties of Religious Experience</u>. This book gave me the realization that most conversion experiences, whatever their variety, **do have a common denominator of ego collapse at depth.**

The Honorable Robert E. Wier                    Page 5                              July 21, 2020

My recollection of his account of that conversation is this: **First of all, you frankly told him of his hopelessness,** so far as any further medical or psychiatric treatment might be concerned. This candid and humble statement of yours was beyond doubt the first foundation stone upon which our Society has since been built.

Coming from you, one he so trusted and admired, the impact upon him was immense.

**When he then asked you if there was any other hope, you told him that there might be,** provided he could become the subject of a spiritual or religious experience—in short, a genuine conversion. You pointed out how such an experience, if brought about, might remotivate him when nothing else could. But you did caution, though, that while such experiences had sometimes brought recovery to alcoholics, they were, nevertheless, comparatively rare. You recommended that he place himself in a religious atmosphere and hope for the best.

This I believe was the substance of your advice.

The individual faces an impossible dilemma. In my case, the dilemma had been created by my compulsive drinking, and the deep feeling of hopelessness had been vastly deepened still more by my alcoholic friend when he acquainted me with your verdict of hopelessness respecting Roland H.

**In the wake of my spiritual experience, there came a vision of a society of alcoholics,** each identifying with and transmitting his experience to the next—chain style. If each sufferer were to carry the news of **the scientific hopelessness of alcoholism** to each new prospect, he might be able to **lay every newcomer wide open to a transforming spiritual experience. This concept proved to be the foundation of such success as Alcoholics Anonymous has since achieved. This has made conversion experience—nearly every variety reported by James—available on almost wholesale basis.** Our sustained recoveries over the last quarter-century number about 300,000. In America and through the world, there are today 8,000 AA groups.

Judge Wier, Jung received this letter in January 1961. He died in June 1961. Although he was not far from the end of his life when he responded on January 30, 1961, his response was completely cogent and reads in pertinent part:

I was very careful when I talked to Roland H. But what I really thought about was the result of many experiences with men of his kind.

His craving for alcohol was the equivalent, on a low level, of the spiritual thirst of our being for wholeness, expressed in medieval language: the union with God.*

How could one formulate such an insight in a language that is not misunderstood in our days?

The only right and legitimate way to such an experience is that it happens to you in reality, and it can only happen to you when you walk on a path which leads you to higher understanding. **You might be led to that goal by an act of grace or through a personal and honest contact with friends, or through a higher education of the mind beyond the confines of mere rationalism.** I see from your letter that Roland H. has chosen the second way, which was, under the circumstances, obviously the best one.

>        **I am strongly convinced that the evil principle prevailing in this world leads the unrecognized spiritual need into perdition if it is not counteracted either by real religious insight or by the protective wall of human community. An ordinary man, not protected by an action from above and isolated in society, cannot resist the power of evil, which is called very aptly the Devil.** But the use of such words arouses so many mistakes that one can only keep aloof from them as much as possible.
>
>        You see, "alcohol" in Latin is *spiritus*, and you use the same word for the highest religious experience as well as for the most depraving poison. The helpful formula therefore is: *spiritus contra spiritum.*
>
>                Thanking you again for your kind letter
>                        I remain
>                                yours sincerely,
>                                C.G. Jung
>
> * "As the hart panteth after the water brooks, so panteth my soul after thee, O God." (Psalm 42, 1)
> _____

My son's actions (crimes) are not excused by Jung's words: **An ordinary man, not protected by an action from above and isolated in society, cannot resist the power of evil.** Austin has told his father and me that "no one made me take drugs or do any of this – I alone am responsible." But Jung's sentence stands, if "cannot" is replaced by "will find it difficult,"

Therefore I share every mother's hope that he regain his faith, whether it be philosophical or Christian.  Some years ago I was surprised to find the notion of the soul (and Judgment) did not start with Judaism or Christianity but is present in Plato.  I recently listened to Socrates's *Phaedo: On the Soul*, a recapitulation by Plato of what Socrates spoke about on the day he was put to death by Athens.  I found it amazing.

I also find compelling the Orthodox view of "The Final Judgment" (contained in their doctrine of "Recapitulation") as not an appearance before Jesus who then takes the reins to perform some kind of serious ratiocination, while one has one's life flash before one's eyes, but rather, the Orthodox see "Judgment" as an appearance before Christ in which **one manifests what one has already chosen**: As an Orthodox put it, **"It's really just a pronouncement of what you have already exemplified through your own energies and actions."**

I like that framing, "energies and actions."

Discussion of such views from religion and philosophy is what Austin will return home to.  It is what we and our friend like to discuss.  As a parent I realize such topics are not something any child (esp. a grown child) wants to be accosted by, but thank God (or Socrates, or Leo Strauss), Austin is again evincing much interest on his own.

Thank you.

                                        Sincerely,

                                        Paula Nedved
                                        Paula Nedved

The Honorable Robert E. Wier               Page 7                                July 21, 2020

LIST OF EXHIBITS:

| EX. A | Paula Nedved's background |
|-------|--------------------------|
| EX. B | Nedved Christmas Letter 2000 (a glimpse of Austin's mind) |
| EX. C | Nedved Christmas Letter 1998 |
| EX. D | Austin's short 7th grade essay (a paragraph) |
| EX. E | "Whether the US Constitution is a Living Document" (Sr. Thesis, Trivium, 2009) |
| EX. F | "I went down to Trivium…"  (Consciously modeled on the famous beginning of The Republic, "I went down to the Piraeus yesterday…") |
| EX. G | Austin's graduate level class with Prof. Robert E. Wood |
| EX. H | Austin's paper on Heidegger & Strauss (2 pages of 21) |
| EX. I | The Bill W / Carl Jung exchange |

# Paula C. Nedved                                    EX. A

18 Shore Lane, Clinton, MA 01510
Cell 978.400.1955
e-mail jpnedved@comcast.net

## Research and Editorial Experience

Acknowledged in five books for research and editorial assistance:          2002 – Present

- *Nutrition in Crisis: Flawed Studies, Misleading Advice, and the Real Science of Human Metabolism*
  by Prof. Richard Feinman of SUNY Downstate Medical Center, NYC (March 2019)
- *The World Turned Upside Down: The Second Low Carbohydrate Revolution*
  by Prof. Richard Feinman of SUNY Downstate Medical Center, NYC (2014)
- *Better Off: Flipping the Switch on Technology: Two People, One Year, Zero Watts*
  by Eric Brende (2004)
- *Present Dangers: Rediscovering the First Amendment*
  (reissue after 9/11 of *No Liberty for License*) by Prof. David Lowenthal (2002)
- *No Liberty for License: The Forgotten Logic of the First Amendment*
  by Prof. David Lowenthal of Boston College (1997)

**Richard D. Feinman, PhD**, Brooklyn, NY                    02/18 – Present
*Executive Secretary & Research Assistant*
- Research & collation of RDF book chapter, blogposts & articles on "Red Meat Scare"
- Research articles & response to journalists on Seidelmann/Willett 2018 LancetPH paper *Dietary Carbohydrate Intake and Mortality: A Prospective Cohort Study and Meta-Analysis*
- Organization of RDF's research on ketogenic diets for cancer
- Research on doctors, researchers, dieticians, bloggers who are targeted for being proponents of low-carb high-fat / ketogenic / carnivore diets

**Paul M. Novak, Esq.,** Worcester, MA                    06/10 – 07/17
*Legal Assistant*
- Research and document prep for real estate closings, corporate law, litigation, landlord/tenant law, estate planning and probate, bankruptcy

**South Meadow Pond & Wildlife Association, Inc.,** Clinton, MA        (Volunteer) 1998 – 2011
*Clerk, Member of Board of Directors*
- Researched environmental issues for lease of town-owned land for passive recreation
- Preparation of IRS filing for 1023 non-profit status

**Friedman, Rosenwasser & Goldbaum**, Newton, MA                05/08 – 04/09
*Legal Assistant*
- Assisted partner regarding franchise law, trademark and intellectual property law

## Education

**Bradford School of Business,** Dallas, TX
       Honors/Achievements: GPA 4.0
       Degree: Certificate

**University of Minnesota,** Minneapolis, MN
       Course of study: English Literature, Spanish, French, Art

**Minneapolis College of Art and Design,** Minneapolis, MN
       Course of study: Fine Arts
       Degree: Bachelor of Fine Arts



Christmas 2000

A Merry Christmas from the Nedved Stronghold to You and Yours!

We are alive and well in Clinton, Massachusetts and feel particularly lucky to be living in the midst of 29 other homeschooling families of like mind, whom we and our children frequently see. A wonderful school is nearby, 7th-12th grades, where most of the families send their older children. It is in many ways a hard, but a happy life.

### CASSIE (born 7/93):

(2/8/99): C. to Mom: "Read, and read, and read, until the whole house is full of words!"
(6/12/99): "Mom, were there cars when you were born?"
(10/23/00): C. to A.: "Well, you're going to be a butcher and not get married." A: "A *butcher*? Oh, you mean a bachelor." C: "Oh -- yes. A bachelor."

### AUSTIN (born 3/91):

(4/14/99): A. "What was the war Grampa Nedved risked his life *about*?" [Mom answered, trying to end on a bright note, mentioning Grampa's medals.] A: "I don't think he risked his life for the medals. I think he risked his life because he knew it was the right thing to do."
(5/24/99): A. gets a kick out of putting incongruous words together. Today it was, "a *vigorous* smile". He slapped his knee and laughed over that for a long time.
(6/20/99, on Fathers' Day): A. to his Dad: "Have you ever thought what it means that you're your*self*? That *you're* yourself? That you're *alive*?"
(8/7/99): "How can the world ever really *end*? There has to be *some*thing *there*..."
(9/18/99): Jim dreampt Austin was lying in bed, and that he, Austin, was just a big head, lying there. I asked in some alarm how he felt upon seeing such a strange sight. Jim answered, "That's just the way it was."
Continuing, A to D: "What will the world be like in a million years? Will they still have electricity?" D: "I don't know, Gub." A: "Will our religion have faded away?" D: "What do you mean?" A: "You know, like the gods the Jews believed in, and then they didn't."
D: "No, no, Gub. The Jews believe in God, the one God. You're thinking of the Romans."
A: "How do you *know* our religion won't fade away?" D: "Jesus said, 'The earth will pass away, but my words will never pass away.'"
(10/10/99): "Imagine if life had absolutely no meaning. There was no God, nobody who cared about whether we were alive or dead, whether we got hurt or our house burned down... That would be such a BORE!"
(10/10/99): "Is God better than the Devil is bad? Or is the Devil worse than God is good? Is God as good as the Devil is bad? That's a good one for the Pope. Would the Pope be able to answer that? Are there any wise men left like there were in Jesus' time?"
(10/26/99, A., musing): "It's harder to think eternity *back*wards, Mom..."

(11/3/99):  "I'm not a child.  I'm not that young.  I'm a human, middle-aged person."

(3/9/00):  A. asked, "What is music all *about*?"  We were at the piano and he was learning Tschaikovsy's 'Seasons' ('April').  I said, "It's about emotions, how we feel about things..."  A. said in wonderment, "I never knew *that*!"  Then he said, as he played, "Tschaikovsky had his ups and downs."

(9/22/00):  Dad to Mom upon hearing Austin arising upstairs: "Here he comes to save the day!  Mighty Mouth is on the way!"

(10/21/00):  "What good do spiders do in the world other than scare women?"

(10/23/00):  A. mentioned Hillary Clinton in context of her being the President, which I couldn't understand.  I told him, "No, she's Bill Clinton's wife."  A, hand to forehead: "Oh, I never *knew* that!  I always thought 'Hillary' was just another name for 'Bill Clinton!'"




EX. C

Christmas, 1998



Some A & C "memorables" from the Nedved Collection of Childhood Inanities (I've been keeping track of their sayings since they could talk! I occasionally pluck a few out to help me remember why I endure the trials of parenthood):

CASSIE (born 7/93):

(9/97): "My baaaahdy lies over the ocean!"

(3/1/98): "'<u>So</u> much' is more than '<u>too</u> much', and '<u>too</u> much' is <u>much</u> more <u>less</u> than '<u>so</u> much'!"

(5/5/98): Mommy to Cassie: "I can't be*lieve* you're my daughter!" Cassie: "I'm not!" Mommy: "You're *not*?! Who are you?" Cassie: (hugs): "I'm you! I'm a family! I always want to have you close to me, I never want to let you go!"

4/22/98: When A and C have been getting into squabbles, I hear A saying, "Hey, do you want to be *friends* again?" C will say, "Ha ha! Yah! Yah!" and they do a little dance, batting each other with their hands.

AUSTIN (born 3/91):

(At age 4): "May I be grabbed by the surface of Mother?" (wanting a hug).

(3/7/98): "Where does the sound go when you talk and you're all done? Does it turn into atoms?"

(5/25/98): "Does light *weigh*?"

(On 6/7/98, regarding the fully cognizant, walking, talking 101-year-old man we talked to at the nursing home in Framingham named Ray Morgan): "He wasn't like those unbrained men sometimes. He was totally him*self*!"

EX. C

(On 6/14/98 I'd asked him whether he'd done something to annoy Cassie): "Do I think the whole time about something you <u>might</u> want to know?"

(8/1/98): "How many miles per hour does a gnat fly?"

(11/14/98): "Mommy, don't sing happy birthday to me! The 'dear' and 'happy' are the worst parts! Sing 'Sad birthday, tough guy...' Cowboys, when it's their birthday, do they act like they don't care, but they really do?"


Austin can be pretty exhausting. As he put it himself on 4/24/97: "I don't want to have children and listen to all of that yak yak <u>yak</u>...all that fighting, read them <u>stories</u>, feed them, school...I just want to en*joy* my life!" [Eleven more years to turn this into a Catholic perspective.]


A Joyous Noel!


The Nedveds

*Example of Austin's writing from Tridium*

Austin Nedved
Comp/lit 7
Due 10/14/03

The falling of leaves makes the forest seem as if it were on fire. Leaves are falling everywhere, like bright fireballs coming down from the heavens. And on the ground, it seems as if all the leaves are embers, with no smoke. The bright colors of the leaves create the illusion of fire, especially when the sun is shining. It is a beautiful fire; smokeless, that one can enter into and enjoy, while with real fire, it is something beautiful and dazzling, but wholly impenetrable.

A+

EX - E

**Whether the US Constitution is a Living Document**

**Austin Nedved**

**4/6/09**

In recent years, the US Constitution has been interpreted, by the Supreme Court, as though it were a "living document". De Tocqueville once pointed out that out of all the European Constitutions, none had such a powerful judiciary as that of the US Constitution. Our Constitution is arguably one of the greatest and most influential legal documents in history. It codifies some of the noblest principles of man, not the least of which are equality and liberty. For decades, the method by which our Constitution should be interpreted has been the subject of much heated controversy. I believe that it is being wrongly interpreted by our Supreme Court today. To say that our Supreme Court's method of interpretation is marginalizing the greatness of that document would be an understatement.

The first objection is the claim that Justice Marshall believed in a living Constitution. In *Marbury v. Madison,* he said "We must never forget that it is a Constitution we are expounding...intended to endure for ages to come, and consequently to be adapted to the various crises of human affairs."[1]

The second objection comes from Nadine Strossen, former president of the ACLU: "[for example,] [a]s the court itself has acknowledged, it clearly was not the intent of the framers of the 14th amendment to outlaw racially segregated public schools."[2] If the Constitution were to be interpreted based on the intent of the framers (original meaning), this would result in grave and unacceptable injustice.

The third objection comes from Justice Kennedy. According to him, the Constitution "must be interpreted according to... "the evolving standards of [liberty] that mark the progress of a maturing society".[3] He believes in a "living Constitution" whose meaning is derived from what its concepts are currently understood to mean, rather than what those concepts originally meant at the time of their adoption.

-2-

On the Contrary, Thomas Jefferson said "[t]he Constitution on which our union rests, shall be administered by me according to the safe and honest meaning contemplated by the plain understanding of the people of the United States, at the time of its adoption…"[4]  Alexander Hamilton said "Until the people have, by some solemn and authoritative act, annulled or changed the established form, it is binding upon them collectively, as well as individually; and no presumption or even knowledge of their sentiments, can warrant their representatives [the executive, judiciary, or legislature] in a departure from it prior to such an act."[5]

I say, the Constitution was not intended to change except in the case of a Constitutional amendment. Alexander Hamilton was among the Founding Fathers.  He did not intend for the Constitution to be amended, "except by some solemn and authoritative act". Therefore, the Constitution was not intended to change, except by means of a Constitutional amendment.

There are two manners in which something can change: accidentally and substantially. For example, the due process clause of the Constitution means, in simpler terms, that you cannot be convicted of a crime unless the legislature has made what you are doing illegal.  When this part of the Constitution was passed, heroin was not illegal; if you had been convicted of possession of heroin, your due process rights would have been violated, because there was no law against it.  When the legislature passed laws against heroin, due process now allowed for you to be convicted for possession.  The concept of "due process" now allowed for heroin convictions based on the changing laws.  The definition of "due process" has changed, but only accidentally.

When something changes substantially, it changes in nature.  For example, the term "cruel and unusual punishment" refers to an unchanging, objective, absolute rule

-3-

that you cannot inflict gratuitously painful or excessive punishments on convicted criminals. When the interpretation of "cruel and unusual punishment" is not based on this absolute rule, as it was originally meant to, but is based on opinion polls, the Constitution has changed in nature. Kennedy believes that the Constitution can change in nature, based on the fluctuating opinions and mores of contemporary society. This is the standard he uses to interpret the provisions of the Constitution. He does not believe that there is a universal meaning to words or concepts. For example, he does not believe the term "cruel and unusual punishment" is referring to a universal principle. Rather, he thinks that it was meant to refer to the randomly fluctuating mores of contemporary society. When he refers to a "maturing society", it seems as though he takes for granted that all social change is good. The Founding Fathers do not seem to agree. When they wrote the Constitution, they were referring to the universal principles of life, liberty, and the pursuit of happiness mentioned in the Declaration of Independence, not fluctuating social mores.

A Constitution, and the Bill of Rights, was founded upon universal principles. Our Constitution is a set of rules that refer to unyielding principles. A Constitution is like the Ten Commandments; its meaning does not change in substance. Its entire purpose, or function, is to act as a blueprint for a democratic government. If it can change in substance, based on something as random as the opinions of contemporary society, you no longer have a Constitution. You have nothing more than a meaningless document that can be interpreted however the majority wants it to be interpreted. A Constitution is supposed to, among other things, protect *against* majoritarian rule – Justice Kennedy's Constitution does just the opposite of that.

-4-

Thomas Jefferson was primarily responsible for the crafting of the Bill of Rights. He intended for the Constitution to be interpreted as meaning "what it meant to the people who adopted it, at the time of its adoption". Therefore, the correct standard by which the Bill of Rights and the Constitution should be interpreted is by what it meant to the people who adopted it; not by what people want it to mean today.

In response to the first objector, I say that this is a clear case of quote-mining. In *Marbury v. Madison,* Justice Marshall also said "[t]he people have an original right to establish for their future government such principles as, in their opinion, shall most conduce to their own happiness is the basis on which the whole American fabric has been erected. The exercise of this original right is a very great exertion; nor can it nor ought it to be frequently repeated. The principles, therefore, so established are deemed fundamental. And as the authority from which they proceed, is supreme, and can seldom act, they are designed to be permanent." When he was speaking of the Constitution being adapted, he clearly meant *via the amendment process.*

In response to the second objector, who stated that the only way that racial segregation could be eliminated is through a living Constitution, I say that the 39th Congress proposed the 14th Amendment – a Congress which never voted in favor of segregated schools. Twelve years after the ratification of the 14th Amendment, in *Strauder*, the Supreme Court interpreted it as "declaring that the law in the States shall be the same for the black as for the white; that all persons, whether colored or white, shall stand equal before the laws of the States, and, in regard to the colored race, for whose protection the amendment was primarily designed, that no discrimination shall be made against them by law because of their color."[6] The dissent in Plessy v. Ferguson (a case which declared separate but equal as Constitutional, and is universally regarded as being

-5-

flawed) used this quote in their favor. Thus, the original intent was to eliminate all racial inequality; even when the 14th Amendment is interpreted as to its original meaning, racial segregation is unconstitutional.

In response to the third objector, the US Constitution should not be interpreted by "evolving standards". Justice Scalia says "[the arguments for a living Constitution] might be persuasive if most of the "growing" that the proponents of this approach have brought upon us in the past, and are determined to bring upon us in the future, were the *elimination* of restrictions upon democratic government. But just the opposite is true. [T]he evolving Constitution has imposed a vast array of new constraints..."[7]

The Constitution is not a living document and never was intended to be interpreted as a living document. There is no rational reason to believe that the Constitution was intended to be interpreted any differently than any other legal document of its time. In the entire *Federalist Papers*, there is only one implicit mention of anything at all like a "living Constitution" – Alexander Hamilton's quote – and the idea is expressly condemned.

---

[1] *Marbury v. Madison*, 5 U.S. 137 (1803)
[2] ACLU Strossen/Scalia Debate (October 2006)
[3] *Roper v. Simmons* 543 U.S. 551 (2005)
[4] Thomas Jefferson, letters 1801 January 10 to December 20
[5] *The Federalist*, No. 78
[6] *Strauder v. West Virginia*, 100 U.S. 303 (1880)
[7] *A Matter of Interpretation: Federal Courts and the Law*

EX. F

https://triviumschool.com/   By Austin Nedved

I went down to Trivium yesterday to see the Class of 2010 graduate. I could hardly believe that my graduation was only a year ago. Watching these younger individuals graduate made me think of my own experience at Trivium in a way that the graduation of my class did not. I attended Trivium for seventh and twelfth grade, and I had not given much thought to my earlier year since it had ended. My life from eighth grade through twelfth changed so frequently and was so stressful that I always worried about the present and the future, and had little time to worry about the past. But I enjoyed my first year at college and look forward to my second, so I have no worries about the near future. For the first time since I was a child, I can reminisce about the past.

I remember seventh grade quite clearly. At least, I recall the drama. I remember how everyone hated me, B & WK. There was a brief period of time earlier in the year when people didn't dislike me because I said something funny, but I quickly got full of myself and blew it. Originally, B and I were best friends, and had been since we were old enough to have friends. I have the years' worth of tape recordings we made together to prove it. But since we were both so despised, we quickly turned on each other in a pathetic attempt to raise our respective social statuses. (It didn't work.)

Among my most vivid memories is that of our class' amorosity. There were relationships, but mostly, there was unrequited love. Several people managed to avoid falling into love's snares, but tragically, there were those who did not. This short essay is devoted to that unfortunate latter group.

I remember [lists who liked whom]

I was not popular with anyone in seventh grade, much less the girls. Take a quick look at the videos I uploaded and you will understand why. Mostly the girls held back their contempt for me and simply avoided me. But not all of them exhibited such remarkable self-control. One day it rained during gym, and we stayed inside to dance. I remember one of my fellow classmates loudly and repeatedly expressing her desire to dance with "anyone but Austin Nedved. Someone *please* ask me to dance before Austin Nedved does!" (You know who you are.)

I remember liking one of my classmates in seventh grade, but the identity of that individual is a secret and will remain a secret until the day that I die. All I will say is that I am certain she did not like me back.

Most people think of the attractions among seventh and eighth graders (particularly those among seventh graders) as being laughing matters. Such a reader would probably feel little sympathy for broken relationships and unrequited love. Speaking from personal experience, our attractions cannot be so quickly dismissed. To dismiss them in such a manner would be similar to dismissing a child's fear of corporal punishment.  As St. Augustine asked,

*Lord, is there anyone, any mind so great, united to you by a strong love—is there, I say, anyone (as with the character produced by a certain stolidity)—is there a man who is so devotedly united to you with a mighty affliction that he holds of small account racks and hooks and various torments of this brutal nature, which in all countries people with great terror pray you they may escape, and yet loves those who are utterly terrified of them? Is this comparable to the way our parents laughed at the torments which our teachers inflicted on us as boys? We at least were no less scared and prayed no less passionately to escape them.*

[St. Augustine, *Confessions*, I. ix (15).]

He notes that children fear what is in reality a relatively painless manner of punishment just as deeply as adults fear being brutally tortured. Presumably this is because children have a smaller mental capacity than adults and are unable to think of anything worse than what little punishment they receive when they misbehave.

I would argue that our first experience of love is to "the real thing" what the fear small children have of being punished is to the fear an adult has of being tortured: it is just as strong if not stronger. In fact, the feelings of love we had in seventh grade are probably more overwhelming than the feelings adults have for each other, at the very least. I am certain of this because I am speaking through personal experience. I have no memory quite so vivid as that of my attraction(s) in seventh grade. Any of my classmates who deny the strength of their own are deceiving themselves.

Austin Nedved

EX. G

RESULTS OF CLASS WITH DR. WOOD, Summer 2010
Graduate level (5000) course Philosophy #5360 Descartes & Husserl, Grade: A
Austin was allowed to take this course of Prof. Robert E. Wood due to recommendation from
Prof. Rosemann to Dean Eakre, Dean of Graduate School, who approved.

From: Austin Nedved [mailto:anedved@udallas.edu]
Sent: Wednesday, July 28, 2010 5:16 PM
To: Paula
Cc: James Nedved
Subject: Fwd: Journal Entry 2

I got my second journal entry and midterm exam back. I got an A+ on the
comments, an A-/A on the first midterm question, no grade on the second
(I think he forgot to grade that question) and an A/A+ on the third.

-----Original Message-----
From: Austin Nedved <anedved@udallas.edu>
To: woodr348@aol.com
Sent: Mon, Jul 26, 2010 11:56 pm
Subject: Journal Entry 2

Attached is my second journal entry, in the nick of time (my computer
says 11:56).

---------- Forwarded message ----------
From: <woodr348@aol.com>
Date: Wed, Jul 28, 2010 at 2:27 PM
Subject: Re: Journal Entry 2
To: anedved@udallas.edu

Austin:

Here is your exam and your journal set.

R.Wood

EX. H

NEDVED 1

### Some Thoughts On Heideggerian Existentialism

Heidegger explicitly rejected the notion that his philosophy was in any way an existentialist philosophy. Nevertheless, his writings are widely considered to belong to the genre of existentialism. Most of his supposedly existentialist writings are to be found in *Being and Time*, *What is Metaphysics?*, and his *Letter on Humanism*. In this paper, I will provide a description of Heidegger's philosophy as it appears in *Being and Time*. This description will constitute the central theme of my paper. Then, I will contrast his views with those of Leo Strauss. Since many of Strauss' criticisms of Heidegger are not explicitly directed at Heidegger, but are only directed at his general ideas or philosophies that were heavily influenced by him, treating Strauss' "responses" to Heidegger's views as direct replies would be misleading. The two explicit engagements of Heidegger by Strauss which I will be addressing are to be found in his *Introduction to Heideggerian Existentialism*[1] and his *"Relativism,"* which are really more accounts of Heidegger as Strauss understood him than they are comprehensive rebuttals of his philosophy. Once I have laid out Heidegger's existentialist philosophy and contrasted it with the views of Strauss — and any comparative analysis of Strauss and Heidegger will contain much more contrast than comparison, due to how radically the two men's philosophical views differed — I will put forward my own views on some aspects of Heideggerian existentialism. These views will not, of course, be comprehensive or in-depth analyses; instead, they will briefly examine certain Heideggerian concepts and suggest certain directions in which these concepts could be taken.

Heidegger's *Being and Time* is widely considered to be his greatest work, and it is by far the most influential. As can be seen from its title, the purpose of the work was to render an account of the relationship between Being[2] and time, or temporality. But before this can be

*[handwritten margin note: Use italics for book titles / quotation marks for articles.]*

---

[1] See "An Introduction to Heideggerian Existentialism" in "The Rebirth of Classical Political Rationalism: An Introduction to the Thought of Leo Strauss," pp. 27-46. All subsequent references to *An Introduction to Heideggerian Existentialism*, *"Relativism,"* and *Progress or Return?* will refer to the pagination of "The Rebirth of Classical Political Rationalism: An Introduction to the Thought of Leo Strauss."
[2] Unfortunately, the English language does not allow us to draw visible distinctions between the use of "being" as a verb and as a noun. In order to avoid confusion, I will capitalize the "B" in "Being" when I

*[handwritten note at bottom: Both Sein and Seiendes are nouns; that's not where the (Being)      (being)          difference lies.]*

intelligent and worthwhile.

I would give this essay an A if you had written it for an undergraduate class, as you work is much better than that of most undergraduate philosophy majors. As a graduate essay, however, it does not completely stand up to scrutiny. Hence:

B+

P.R.
5/16/2011



*EX. I*

# SPEAKING OF JUNG

*Interviews with Jungian Analysts*

HOME    ABOUT    BLOG    BOOKS    BTS    CONTACT    COURSES    JUNG
PODCAST    SEARCH    SUPPORT

## The Bill W. – Carl Jung Letters

*November 14, 2015*

My heartfelt thanks to The AA Grapevine for originally publishing these letters in 1963 and for generously allowing me to reprint them here. And my eternal gratitude to Bill W., C.G. Jung, Roland H., Ebby T., and all of my anonymous friends for making this life possible. And most especially to David Schoen for bringing this material to our attention. You can hear Mr. Schoen discuss these letters in **Episode #8 of Speaking of Jung**. -Laura L.



BILL W.'S LETTER TO CARL JUNG

January 23, 1961

Professor Dr. C. G. Jung

Küsnacht-Zürich

Seestrasse 228

Switzerland

My dear Dr. Jung:

This letter of great appreciation has been very long overdue.

May I first introduce myself as Bill W., a co-founder of the Society of Alcoholics Anonymous. Though you have surely heard of us, I doubt if you are aware that a certain conversation you once had with one of your patients, a Mr. Roland H., back in the early 1930's, did play a critical role in the founding of our fellowship.

Though Roland H. has long since passed away, the recollection of his remarkable experience while under treatment by you has definitely become part of A.A. history. Our remembrance of Roland H.'s statements about his experience with you is as follows:

Having exhausted other means of recovery from his alcoholism, it was about 1931 that he became your patient. I believe he remained under your care for perhaps a year. His admiration for you was boundless, and he left you with a feeling of much confidence.

To his great consternation, he soon relapsed into intoxication. Certain that you were his "court of last resort," he again returned to your care. Then followed the conversation between you that was to become the first link in the chain of events that led to the founding of Alcoholics Anonymous.

My recollection of his account of that conversation is this: First of all, you frankly told him of his hopelessness, so far as any further medical or psychiatric treatment might be concerned. This candid and humble statement of yours was beyond doubt the first foundation stone upon which our Society has since been built.

Coming from you, one he so trusted and admired, the impact upon him was immense.

When he then asked you if there was any other hope, you told him that there might be, provided he could become the subject of a spiritual or religious experience—in short, a genuine conversion. You pointed out how such an experience, if brought about, might remotivate him when nothing else could. But you did caution, though, that while such experiences had

sometimes brought recovery to alcoholics, they were, nevertheless, comparatively rare. You recommended that he place himself in a religious atmosphere and hope for the best. This I believe was the substance of your advice.

Shortly thereafter, Mr. H. joined the Oxford Group, an evangelical movement then at the height of its success in Europe, and one with which you are doubtless familiar. You will remember their large emphasis upon the principles of self-survey, confession, restitution, and the giving of oneself in service to others. They strongly stressed meditation and prayer. In these surroundings, Roland H. did find a conversion experience that released him for the time being from his compulsion to drink.

Returning to New York, he became very active with the "O.G." here, then led by an Episcopal clergyman, Dr. Samuel Shoemaker. Dr. Shoemaker had been one of the founders of that movement, and his was a powerful personality that carried immense sincerity and conviction.

At this time (1932-34), the Oxford Group had already sobered a number of alcoholics, and Roland, feeling that he could especially identify with these sufferers, addressed himself to the help of still others. One of these chanced to be an old schoolmate of mine, named Edwin T. ["Ebby"]. He had been threatened with commitment to an institution, but Mr. H. and another ex-alcoholic "O.G." member procured his parole, and helped to bring about his sobriety.

Meanwhile, I had run the course of alcoholism and was threatened with commitment myself. Fortunately, I had fallen under the care of a physician—a Dr. William D. Silkworth—who was wonderfully capable of understanding alcoholics. But just as you had given up on Roland, so had he given me up. It was his theory that alcoholism had two components—an obsession that compelled the sufferer to drink against his will and interest, and some sort of metabolism difficulty which he then called an allergy. The alcoholic's compulsion guaranteed that the alcoholic's drinking would go on, and the allergy made sure that the sufferer would finally deteriorate, go insane, or die. Though I had been one of the few he had thought it possible to help, he was finally obliged to tell me of my hopelessness; I, too, would have to be locked up. To me, this was a shattering blow. Just as Roland had been made ready for his conversion experience by you, so had my wonderful friend Dr. Silkworth prepared me.

Hearing of my plight, my friend Edwin T. came to see me at my home,

where I was drinking. By then, it was November 1934. I had long marked my friend Edwin for a hopeless case. Yet here he was in a very evident state of "release," which could by no means be accounted for by his mere association for a very short time with the Oxford Group. Yet this obvious state of release, as distinguished from the usual depression, was tremendously convincing. Because he was a kindred sufferer, he could unquestionably communicate with me at great depth. I knew at once that I must find an experience like his, or die.

Again I returned to Dr. Silkworth's care, where I could be once more sobered and so gain a clearer view of my friend's experience of release, and of Roland H.'s approach to him.

Clear once more of alcohol, I found myself terribly depressed. This seemed to be caused by my inability to gain the slightest faith. Edwin T. again visited me and repeated the simple Oxford Group formulas. Soon after he left me, I became even more depressed. In utter despair, I cried out, "If there be a God, will he show Himself." There immediately came to me an illumination of enormous impact and dimension, something which I have since tried to describe in the book **Alcoholics Anonymous** and also in **AA Comes of Age**, basic texts which I am sending you.

My release from the alcohol obsession was immediate. At once, I knew I was a free man.

Shortly following my experience, my friend Edwin came to the hospital, bringing me a copy of William James's **Varieties of Religious Experience**. This book gave me the realization that most conversion experiences, whatever their variety, do have a common denominator of ego collapse at depth. The individual faces an impossible dilemma. In my case, the dilemma had been created by my compulsive drinking, and the deep feeling of hopelessness had been vastly deepened still more by my alcoholic friend when he acquainted me with your verdict of hopelessness respecting Roland H.

In the wake of my spiritual experience, there came a vision of a society of alcoholics, each identifying with and transmitting his experience to the next—chain style. If each sufferer were to carry the news of the scientific hopelessness of alcoholism to each new prospect, he might be able to lay every newcomer wide open to a transforming spiritual experience. This concept proved to be the foundation of such success as Alcoholics Anonymous has since achieved. This has made conversion experience—nearly every variety reported by James—available on almost wholesale basis. Our sustained

recoveries over the last quarter-century number about 300,000. In America and through the world, there are today 8,000 AA groups.

So to you, to Dr. Shoemaker of the Oxford Group, to William James, and to my own physician, Dr. Silkworth, we of AA own this tremendous benefaction. As you will now clearly see, this astonishing chain of events actually started long ago in your consulting room, and it was directly founded upon your own humility and deep perception.

Very many thoughtful AAs are students of your writings. Because of your conviction that man is something more than intellect, emotion, and two dollars' worth of chemicals, you have especially endeared yourself to us.

How our Society grew, developed its Traditions for unity, and structured its functioning, will be seen in the texts and pamphlet material that I am sending you.

You will also be interested to learn that, in addition to the "spiritual experience," many AAs report a great variety of psychic phenomena, the cumulative weight of which is very considerable. Other members have—following their recovery in AA—been much helped by your practitioners. A few have been intrigued by the **I Ching** and your remarkable introduction to that work.

Please be certain that your place in the affection, and in the history, of our Fellowship is like no other.

Gratefully yours,
William G. W—

\* \* \*

CARL JUNG'S LETTER TO BILL W.

Küsnacht-Zürich
Seestrasse 228
January 30, 1961

Mr. William G. W—
Alcoholics Anonymous
Box 459 Grand Central Station
New York 17, New York

Dear Mr. W.:

Your letter has been very welcome indeed.

I had no news from Roland H. any more and often wondered what has been his fate. Our conversation which he has adequately reported to you had an aspect of which he did not know. The reason that I could not tell him everything was that those days I had to be exceedingly careful of what I said. I had found out that I was misunderstood in every possible way. Thus I was very careful when I talked to Roland H. But what I really thought about was the result of many experiences with men of his kind.

His craving for alcohol was the equivalent, on a low level, of the spiritual thirst of our being for wholeness, expressed in medieval language: the union with God.*

How could one formulate such an insight in a language that is not misunderstood in our days?

The only right and legitimate way to such an experience is that it happens to you in reality, and it can only happen to you when you walk on a path which leads you to higher understanding. You might be led to that goal by an act of grace or through a personal and honest contact with friends, or through a higher education of the mind beyond the confines of mere rationalism. I see from your letter that Roland H. has chosen the second way, which was, under the circumstances, obviously the best one.

I am strongly convinced that the evil principle prevailing in this world leads the unrecognized spiritual need into perdition if it is not counteracted either by real religious insight or by the protective wall of human community. An ordinary man, not protected by an action from above and isolated in society, cannot resist the power of evil, which is called very aptly the Devil. But the use of such words arouses so many mistakes that one can only keep aloof from them as much as possible.

These are the reasons why I could not give a full and sufficient explanation to Roland H., but I am risking it with you because I conclude from your very decent and honest letter that you have acquired a point of view above the misleading platitudes one usually hears about alcoholism.

You see, "alcohol" in Latin is *spiritus*, and you use the same word for the highest religious experience as well as for the most depraving poison. The helpful formula therefore is: *spiritus contra spiritum*.

Thanking you again for your kind letter

I remain

yours sincerely

C.G. Jung

\* "As the hart panteth after the water brooks, so panteth my soul after thee, O God." (Psalm 42, 1)

Copyright © The AA Grapevine, Inc. (January, 1963). Reprinted with permission.

Permission to reprint The AA Grapevine, Inc., copyrighted material on this website does not in any way imply affiliation with or endorsement by either Alcoholics Anonymous or The AA Grapevine, Inc.

← The Observer                                    Personality Types →

COPYRIGHT © 2020 LAURA LONDON



Ann F. Turner
322 Northfield Rd
Lunenburg, MA 01462

July 19, 2020

The Honorable Robert E. Wier
United States District Judge
US District Court
101 Barr Street
Lexington, KY 40507
USA

Re: Austin Nedved

Honorable Judge Wier,

I am writing in behalf of Austin Nedved. I have known Austin since he was a young boy. I met him and his parents in a small home school group in which he played and studied with my three boys who were near his age. In addition, I know Austin as I taught him Math and in Junior High and English when he was a senior in high school at a small private Catholic school in Massachusetts.

It is my understanding that you are looking for assurance that Austin is aware of the gravity of what he has done, and that he indeed suffers remorse for his actions. While in all honesty I have not been in contact with Austin for some time, I can speak to his ability for understanding such things through a few incidents in his past.

First, there was the time at my house when he was about 10. He had done something that grated on the nerves. I spoke to him and explained that behaving that way was unkind and would make others dislike him. He looked me straight in the eye and said, "Thank you for telling me that, I didn't know." When he had grown some and was a senior in my high school English class, I assigned a short story based on "The Knight's Tale" in Chaucer's *Canterbury Tales*. His story dealt with remorse for breaking the law, and for the dire consequences of those actions within the context of Chaucer's original story. In my 20 plus years of teaching, I kept this story and perhaps only two or three others. It is fine writing, and reveals a rare depth of understanding of principles, consequences, and remorse.

In the ensuing years, I would often hear of Austin from his mother, my good friend. He was heavily involved in computers, successfully trading in bit coin, but also in making reasoned, well thought out, principled arguments in favor of his politically conservative social views in on-line discussions. I can only guess that after being discharged from the marines, through depression, or perhaps a feeling of wanting to belong, or to be noticed, he made some seriously bad choices, vulnerable to the temptations to be one of the guys, to feel clever, and to make lots of money.

I know that while in prison Austin has asked for *The Confessions of St. Augustine*. As that is a fairly serious book about conversion, I see it as a move in the direction of his former upright, staunchly moral attitude toward life. As Augustine was truly sorry for the pain he had caused, as the hero in Austin's story was truly sorry for his actions, so I believe that Austin, too, must be seriously considering the results of his behavior with a true sense of the gravity of what he has done and sorrow over the pain he has caused.

Thank you, your honor, for considering my thoughts as you make decisions regarding Austin's future.

Respectfully submitted,

*Ann F. Turner*

Ann F. Turner

Austin Nedved                                                   2/4/09
Mrs. Turner                                                     Comp/Lit 12

<u>Pirithoos, Friend of Theseus, Attests</u>

I do tell this good court, and my testimony is sworn and true, that the fault of these evil happenings is mine. Had I not found means to release Arcite from gaol, all would have been well. He would have been alive as I speak; if he were in gaol still, a pardon he could have hoped for. It would have sustained his days and surely may have come, due to the good offices of an understanding king. Arcites' fault was slight; a young man must fight for his King, be he tyrant or the best of men. I interfered with Fate who now I know will punish all who stand in her way. I interfered also with the high offices of men; in the governing of affairs I abided not by the laws of men.

Yet I fooled myself to the end. When I heard Arcite had found work so near his prize, I thought all would be well. Proud I was when he prevailed in battle against Palamon. My pride confirmed me in my deeds and made me sure I had done right. But Fate was in the wings, and was spinning her web, and caught many.

None feels worse than he who had high hopes, and due to his own deeds, sees all come to nought. I cannot bring a life back, and in living my own life through, I will have punishment enough for many men. I ask pardon of all I have wronged by a foolish action, for I am an instance wherein is shown the end cannot justify the means.

I put myself at the mercy of the court and beg all who see to take just measure of a man who has seen the truth.

# Marie Uden

9324 Northwood Pkwy

Minneapolis, MN 55427

612-483-5555


July 17, 2020


The Honorable Robert E. Wier
United States District Judge
US District Court
101 Barr Street
Lexington, KY 40507
USA

RE:  Austin Nedved

Honorable Judge,

Austin Nedved has said he is guilty, so I won't say anything about if I think he is guilty. My background is that I am a singer, songwriter who chose not to enter professional performing business, but to rely on other means of income due to the fact that it is a profession for only a certain tenacious type of person.  I was given offers that could lead to success—USO shows and to be on a TV program like American Idol, but turned them down.  I am also a Christian minister, being trained in healing ministry.  I'm not officially ordained, but have been trained and mentored.

Austin's mother is an old friend going all the way back to when we started Junior High, and I am so fortunate to have had a friend who offered intellectual, creative and spiritual stimulation, along with really fun times, as her father was well off and they had horses, and land bordering a Minnesota lake.  I have fond memories, and have followed her life through many years, including the birth of her children, and recall her joy over their entrance into hers and her husband's lives.

With every person who has the kind of problems Austin has, I ask whether it seems they are true perpetrators who lack character and only want chaos and to hurt others, or if they are victims of their own weaknesses, and perhaps have succumbed to friendship with evil influences.  In Austin's case, I would have to conclude that what is

true about him is the latter scenario.  I cannot honestly say I know him well, but from our discourse on social media, which exceeds just the usual comment here and there but involved longer messages that weren't public, and some phone conversations when he was at his parents' home, that he is a decent person, well-meaning.  And when I heard about this I was so heart broken and distressed.  There are forces today to be reckoned with, and I am always fearing what has happened to the generation that would be my own kids.  I've assisted my family in raising kids, but have not had my own, thankfully, because I have not been married.  But I also ponder what horrors I would have had to face.  And this would be one of them.  Austin has many things in his life to overcome, but I would guess that given the chance, he will be able to.  I believe in punishing wrong, and I know many try to say they are only seeking rehabilitation when they just want easy justice.  But giving Austin a chance to improve himself may prove to be a very good and worthwhile choice.

Sincerely yours,

Marie Uden

CC: Derek Gordon, Attorney, Kentucky

James A. Nedved
18 Shore Lane
Clinton, MA 01510
Cell: 978.400.1956
e-mail: janedved@icloud.com

July 20, 2020

The Honorable Robert E. Wier
United States District Judge
US District Court
101 Barr Street Lexington, KY 40507

RE: Austin Nedved

Dear Judge Wier:

I am Austin Nedved's father. My educational background is as follows: I received a BA in English Literature from the University of Dallas, an MA in Politics from Boston College and completed all my course work and tests for a PhD in Politics but did not complete my dissertation. Up until July 1st of this year I was Director of Operations at the Warren Conference Center in Ashland, MA (where I had worked for over eleven years). I was employed by FLIK, a subsidiary of Compass.

This letter is the last thing I could have envisioned myself having to write for my son Austin. We homeschooled him through 6th grade precisely to keep him away from the people (and drugs) that contributed to his incarceration. As a child he taught himself to read and write and shortly before age six he was typing 60 words a minute. By age seven he was playing Chopin. He was preternaturally intelligent and inquisitive. He approached me at age five just before Christmas and proclaimed: "There is no Santa, reindeer can't fly." Try as I might to convince him otherwise, he remained steadfast. When I suggested we not tell his three-year old sister, he replied: "Do you want us to lie to Cassie on Jesus's birthday?"

He completed high school at Trivium School in Lancaster, MA in 2009, a small, private Catholic school with a student population (seventh through twelfth grade) of 75 students. His senior thesis was on "Whether or not the Constitution is a living document." Following his hero Justice Scalia, he argued for the negative. He was one of four seniors of twelve who received a "Summa" for his thesis and was one of the few capable of giving quick, intelligent answers to his questioners after his presentation.

Following high school, he enrolled at the University of Dallas and was soon taking graduate level philosophy classes. But early in his Junior year he dropped out, as his loneliness overcame his studiousness. Subsequently he joined the Marines and ended up as an accountant. It was during this time that he found out about bitcoin and decided to engineer his dismissal from the Marine Corps after two and a half years. He ultimately was granted an "Other than Honorable" discharge and was back home.

As he began trading bitcoin, he started to fall in with the wrong crowd and began using drugs. Since he was living on his own, the extent to which he used was hidden from his mother and me. As we were soon to find out, it is extremely hard to get help for an adult child who does not want to be helped. Ultimately his judgment became corrupted and he got deeper and deeper into criminality. Austin himself, however, does not blame drugs for his actions and takes full and complete responsibility.

One of Austin's virtues is his abhorrence of lies and lying. He looked long and hard at his indictment so that he could agree that the charges against him were accurate. He would not plead to what he had not done but would plead guilty to what he had done. Looking at his indictment was the most painful thing I have ever done and he himself recognizes the great harm he has caused to his victims, his friends and his family.

I know that he will be incarcerated for quite a few years and is (or could be) throwing away some of the most productive years of his life. I hope and pray that he will use this time to finish his education, adhere to the straight and narrow and come out of prison a far better person than the one who is going in. He has great ability but needs greater judgment. He should become penitent in the penitentiary and reclaim the Austin he was and that we raised.

Thank you for your consideration.

Yours truly,

James A. Nedved